# Third District Court of Appeal

## State of Florida

Opinion filed November 16, 2018.

————————

No. 3D18-2283
Lower Tribunal No. 18-17151

————————

**Aljamar Grant,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Carlos J. Martinez, Public Defender, and Jeffrey Paul DeSousa, Assistant Public Defender, for petitioner.

Pamela Jo Bondi, Attorney General, and Sandra Lipman, Assistant Attorney General, for respondent.

Before LAGOA, LOGUE, and SCALES, JJ.

PER CURIAM.

Aljamar Grant, the Defendant in a criminal case, petitions for a writ of habeas corpus to quash a bench warrant for his arrest. Based upon the State's

commendable confession of error, we grant the petition and quash the bench warrant immediately, notwithstanding the filing of any post-opinion motions. Cruz v. State, 822 So. 2d 595, 596 (Fla. 3d DCA 2002) ("[W]e conclude that the defendant was not given a sufficiently clear notice that her personal appearance would be required in court, notwithstanding that she had executed a written waiver of appearance.").

Where no bench warrant has been issued, but the trial court refused to undertake the ministerial act of accepting the defendant's waiver of presence, the proper remedy is a writ of mandamus, but here, where the bench warrant has already issued, the proper remedy is a writ of habeas corpus. Id. at 596 & n.2 (citations omitted).

Petition granted.